OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

August 31, 2007

Vance S. Elliott
74 Sixth Street, #227
San Francisco, CA 94103-1608

    Re:    Vance Elliott -v- San Francisco Rent Stabilization and Arbitration Board
           C 07-4446 MJJ

Dear Counsel,

    An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

by:    Sheila L. Rash
        Case Systems Administrator

**Defendant**

San Francisco Rent Stabilization
and Arbitration Board

**Mailing Address**

_____

_____

_____