**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| VANCE S. ELLIOT, | No. C 06-4842 SBA |
| | No. C 07-4446 SBA |
| Plaintiff, | No. Misc. 07-80166 SBA |
| v. | **ORDER** |
| THE SAN FRANCISCO RESIDENTIAL RENT STABILIZATION AND ARBITRATION BOARD, | |
| Defendant. | |

On April 4, 2007, this action (06-4842) was referred to Magistrate Judge Wayne Brazil to conduct a settlement conference, which has since been scheduled for January 17, 2008. Plaintiff Vance S. Elliot has subsequently initiated two additional actions against the defendant. On October 3, 2007, the Court related those two cases to the original. Accordingly, the Court will refer the two newly related cases, *Vance S. Elliot v. The San Francisco Rent Stabilization and Arbitration Board*, 07-4446, and *Vance S. Elliot v. The San Francisco Rent Stabilization and Arbitration Board*, 07-mc-80166, to Magistrate Judge Brazil for settlement.

IT IS SO ORDERED.

October 10, 2007

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VANCE S ELLIOTT et al,

        Plaintiff,

v.

THE SAN FRANCISCO RENT AND ARBITRATION et al,

        Defendant.

Case Number: CV06-04842 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
The Baldwin House #227
74 Sixth Street
San Francisco, CA 94103

Dated: October 12, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2