UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vance S. Elliott

                Plaintiff(s),

               v.

San Francisco Residential Rent Stabilization
and Arbitration Board

              Defendant(s).
_____/

CASE NO. CV 07-4446 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference not scheduled

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sherri Kaiser | Defendant | (415)554-4691 | sherri.sokeland.kaiser@sfgov.org |

(Plaintiff refuses to meet and confer and has no telephone)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12-19-07

Dated: 12-19-07

                                          Attorney for Plaintiff

                                          Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## PROOF OF SERVICE

I, DIANA QUAN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, #1 Dr. Carlton B. Goodlett Place – City Hall, Room 234, San Francisco, CA 94102.

On December 20, 2007, I served the following document:

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the following persons at the locations specified:

**Vance S. Elliott**
**The Baldwin House**
**74 Sixth Street, #227**
**San Francisco, CA 94103-1668**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 20, 2007, at San Francisco, California.

_____
DIANA QUAN