1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI SOKELAND KAISER, State Bar #197986
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4691
   Facsimile:      (415) 554-4747
6  E-Mail:         sherri.sokeland.kaiser@sfgov.org

7  Attorneys for Defendant
   THE SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD
8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  VANCE S. ELLIOTT,                    Case No. CV 07-4446 SBA

13            Plaintiff,                 **DECLARATION OF SHERRI
                                         SOKELAND KAISER IN SUPPORT OF
14       vs.                             DEFENDANT'S SEPARATE CASE
                                         MANAGEMENT STATEMENT**
15  THE SAN FRANCISCO RENT
    STABILIZATION AND ARBITRATION
16  BOARD,

17            Defendant.

18

19       I, SHERRI SOKELAND KAISER, declare as follows:

20       1.      I am a Deputy City Attorney for the City and County of San Francisco.  I am

21  counsel of record for the San Francisco Rent Stabilization and Arbitration Board in this case.

22       2.      I am aware of this Court's requirement that all case management statements be

23  submitted jointly.  Despite my best efforts, that was not possible in this case.

24       3.      I notified plaintiff Vance Elliott in writing of the need to meet and confer in

25  order to submit a joint case management conference statement by December 21, 2007.  I also

26  informed him that my vacation schedule required me to complete the meet and confer process

27  by December 19.  Because he has refused to meet with me at my office and does not have a

28  telephone, I included a proposed joint statement with room for him to indicate his views and

KAISER DECLARATION                        1                    n:\govlit\li2007\080353\00456175.doc
CASE NO.  CV 07-4446 SBA

1    return the document.  A true and correct copy of a December 5, 2007 letter from me to Mr.

2    Elliott, with attachments, is attached hereto as Exhibit A.

3        4.    Mr. Elliott has not responded to my letter or the draft joint case management

4    statement.

5        I declare under penalty of perjury under the laws of the United States that the

6    foregoing statements are true and correct.  Executed this December 19, 2007 in San Francisco,

7    California.

8

9

10        /S/_____

11        SHERRI SOKELAND KAISER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# PROOF OF SERVICE

2

I, DIANA QUAN, declare as follows:

3

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

4

5

On December 20, 2007, I served the following document(s):

6

**DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF DEFENDANT'S SEPARATE CASE MANAGEMENT STATEMENT**

7

on the following persons at the locations specified:

8

**VANCE S. ELLIOTT**
**The Baldwin House**
**74 Sixth Street, #227**
**San Francisco, CA  94103-1608**

9

10

in the manner indicated below:

11

☒     **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

12

13

14

15     ☐     **BY PERSONAL SERVICE**:  I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.

16

17     ☐     **BY OVERNIGHT DELIVERY**:  I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

18

19

20     ☐     **BY FACSIMILE**:  Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4747 to the persons and the fax numbers listed above.  The fax transmission was reported as complete and without error.

21

22

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

23

24

Executed December 20, 2007, at San Francisco, California.

25

26                                                    /S/
                                         DIANA QUAN

27

28

KAISER DECLARATION
CASE NO.  CV 07-4446 SBA

3

n:\govlit\li2007\080353\00456175.doc