1  Vance S. Elliott
   **Name and Address**
2  74 Sixth Street #226
3  San Francisco, CA 94105-1608
4
5              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
6
7
                                              Case No. C07-4446-SBA
8
9  Vance S. Elliott
10 **Plaintiff / Petitioner**                  Document Name:
11    VS.
12 The San Francisco Rent                      Certificate of Plaintiff
13 Stabilization and Arbitration
   Board
14 **Defendant / Respondent**

FILED
2008 MAR -3 PM 3:44
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

CERTIFICATE OF PLAINTIFF

Your Honor,

I apoligize for my failure to appear at the various ADR conferences scheduled.

I reiterate my complaint that the Board's Uniform Visitor Policy violates the Fourteenth Amendment by circumscribing visitors to so-called SRO residences to between the hours of 9:00am and 9:00pm.

There is nothing more to be said.

Vance S. Elliott
Counsel, pro se