# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 3/13/08

**C-07-04446 SBA**         **JUDGE:** SAUNDRA BROWN ARMSTRONG
C-06-04842 SBA
**Title:** ELLIOTT vs. SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD
**Atty.:**  PRO PER                            WAYNE SNODGRASS


**Deputy Clerk:** Lisa R. Clark         **Court Reporter:** DIANE SKILLMAN
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1. OSC RE: DISMISSAL - HELD
( )  ( ) 2. MOTION TO CONSOLIDATE
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( 2 ) Granted    ( ) Denied      ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by ( ) Plaintiff ( )Deft (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** OSC IS VACATED; COURT ORDERS PLAINTIFF TO RESPOND TO MOTION BY 3/26/08 AND SERVE DEFENDANT'S; DEFENDANT TO FILE REPLY BY 4/2/08; COURT ADMONISHES PLAINTIFF THAT IF HE FAILS TO RESPOND TO COURT ORDERS HIS CASE MAY BE DISMISSED; COURT WILL ISSUE ORDER ON MOTION AND SET FURTHER CASE MANAGEMENT CONFERENCE IF NECESSARY. cc: