RECEIVED

APR - 8 2008

AMENDED COMPLAINT

Nos. C 06-04842
        C 07-04446

Your Honor,

It is necessary that I refile my complaint because a Gov-
ernt agency has seen fit to place an Ordinance into law in-
vading private the lives of citizens of the United States of America,
~~guiding~~ the lives of citizens of the United States of America,
It is not necessary that I ~~~~ remind you that do do this violates the 14th Amendment
of the Constitution.

The details are as follows:

The mayor of this city directed the Board of Supervisors
to pass a resolution limiting visiting hours of tenants of so-
called SRO hotels. ~~~~. Acting on his instructions, the
Board of Supervisors voted ~~~~ a resolution (868-99) creating a
Task Force to write a policy embodying the Mayor's wishes. A
San Francisco Rent Stabilization and Arbitration Board to enforce this pol-
icy, was created.

At this point I must point out, Your Honor, that this "Policy"
stabilizes nothing, arbitrates nothing, and that the members of the Rent
Board, and the members of the Board of Supervisors and the Mayor
continue to draw their saleries while the people whose freedom
they have legislated away, live on incomes averaging $1,000 a month.
The aforementioned people eat in restaurants while the average
tenant of an "SRO" must stop whatever he is doing and travel to
a feeding point where he must eat whatever is offered. Again, on
average, the life expectancy of the aforementioned people is roughly
ten years longer than that of tenants of "SRO"s. And yet these white
members of this city's privileged class go around in automobiles that,
I guess cost ~~~~ $30,000 each and burn gasoline costing $3.72 a
gallon to a gallon and get 10 miles in the city and 20 on the road.

2.

God help us that our freedom is in the hands of such people.

Therefore, I formaly state this most obvious FACT, that these people, whome the voters have placed in high positions of power, (those of us who live in the ghetto don't vote, knowing it's a complete waste of our time), these politicans, have wantonmly violated the Constitution of the United States and that is a crime, in fact, a felony. Those of us affected by these criminal acts must rely on you, Yor Honor, for relief from this oppression. Only you can see to it that justice is done.

Vance S. Elliott
Counsel, Per se.