**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a
*Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been
filed.  The time for filing an opposition or statement of support has passed.  As the judge
assigned to the earliest filed case below that bears my initials, I find that the more recently filed
case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall
be reassigned to me.  Any cases listed below that are not related to the case assigned to me are
referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-04842 SBA**       **Elliott v. San Francisco Residential Rent Stabilization and Arbitration**
                    **Board**

**C 07-04446 SBA**       **Elliott v. San Francisco Rent Stabilization and Arbitration Board**

        **I find that the above case is related to the case assigned to me. SBA**

**C 08-02352 EMC**       **Elliott v. San Francisco Rent Stabilization and Arbitration Board**

        **I find that the above case is related to the case assigned to me. SBA**

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials
of the newly assigned judge immediately after the case number. Any case management
conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the
dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.
Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-
noticed by the moving party before the newly assigned judge; any deadlines set by the ADR
Local Rules remain in effect; and any deadlines established in a case management order continue
to govern, except dates for appearance in court, which will be rescheduled by the newly assigned
judge.

Dated:____6/18/08          _____ *Saundra B Armstrong* _____
                    Judge Saundra B. Armstrong

-1-

Dated:_____    _____

Judge Saundra B. Armstrong

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: _6/18/08**                    By: _____
                                              **Deputy Clerk**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

                    Plaintiff,

    v.

SF RENT STABILIZATION et al,

                    Defendant.

_____/

Case Number: CV08-02352 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
74 Sixth Street, #226
San Francisco,  CA 94103-1608

Dated: June 18, 2008

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

Copies to:   Courtroom Deputies
                     Case Systems Administrators
                     Counsel of Record
Entered into Assignment Program: _____(date)