**Name and Address:**
Vance S. Elliott
74 Sixth Street #226
San Francisco, CA 94103-1608

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:** Vance S. Elliott

**VS.**

**Defendant / Respondent:** San Francisco Residential Rent Stabilization and Arbitration Board

**Case No.** C 07-04446 SBA

**Document Name:** Motion for Summary Judgement

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. This court has jurisdiction.
2. Venue is appropriate in this court.
3. This case should be reassigned to the San Francisco Division of this Court because all the events which gave rise to this lawsuit occurred in San Francisco County.

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vance S. Elliott
                    Plaintiff,

CASE NO. C 07-04446

vs.

The San Francisco
Residential Rent
Stabilization
                    Defendant.
and Arbitration Board

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, __Vance S. Elliott__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or            Yes ___ No ✗
8            self employment?
9       b.   Income from stocks, bonds,         Yes ___ No ✗
10           or royalties?
11      c.   Rent payments?                     Yes ___ No ✗
12      d.   Pensions, annuities, or            Yes ✗ No ___
13           life insurance payments?
14      e.   Federal or State welfare payments, Yes ___ No ✗
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 U.S. Treasury - $952.00/mo.
20 Trust Fund - / Bank of New York Trustee $152/mo
21 3.   Are you married?                        Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support: $ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.  Do you own or are you buying a home?    Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?                Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ____ No ____ If so, Total due: $ _____
9  Monthly Payment: $ _____
10  7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11  Name(s) and address(es) of bank: Washington Mutual Bank
12  8th and Market
13  Present balance(s): $ @ $1.
14  Do you own any cash? Yes ___ No _X_ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                               Yes ___ No _X_
17  _____
18  8.  What are your monthly expenses?
19  Rent: $ 475.00                Utilities: 0
20  Food: $ 0                     Clothing: 0
21  Charge Accounts:
22  Name of Account          Monthly Payment        Total Owed on This Account
23  _____              $ _____           $ _____
24  _____              $ _____           $ _____
25  _____              $ _____           $ _____
26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  I have no other debts.

-3-

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Violation of the 14th Amendment, C06-04842 Filed in U.S. District Court Northern District of California, Oakland Division.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 28, 2008                    Vence S. Elliott
DATE                              SIGNATURE OF APPLICANT

5.

July 28 2008

A log must see maintained by the manager of a SRO hotel and the visitor must sign in and out. a/she present a valid California I.D. and must sign out on leaving the hotel.

These are disputed facts proving that the defendants in Case No. C07-0446 have violated the law.

What law. The Constitution of the United States is the law governing the actions of all citizens of the United States. It was enacted in 1865. The amendments were called The Bill of Rights.

Amendment 14 of the Bill of Rights, in Section 1 of that amendment it is stated in part that no State shall make any law abridging the freedom and liberty of citizens of the United States.

Another undisputed fact is that all tenants of SRO hotels

July 28, 2008

Your Honor, The following facts are undisputed.
The San Francisco Board of Supervisors, by resolution 868-98, Established a Single Room Occupancy (SRO) Hotel Safety and Stabilization Task Force to make recommendations to the Mayor and the Board of Supervisors and setting forth the membership and duties of the Task Force.

The reasoning for the passage of this resolution is that since 1998 990 units of low-income housing were lost due to fire.

Therefore, the Board of Supervisors, The Mayor's Office and other community based offices convened to formulate a strategic plan of action to alleviate the hardship suffered by tenants of units lost by fire. These concerned organizations together with survivors of SRO fires, now called a coalition.

2.

July 28, 2008

drafted a "Emergency Maspower Policy Co-ordinating Committee Report" to the San Francisco Board of Supervisors.

One of the Policy recommendations of the report urged the Board of Supervisors create a Task Force to develop policy recommendations. The Board of Supervisors also draft an initial progress report to be followed by a more comprehensive report.

The Board of Supervisors then resolved that the SRO Task Force should address such concerns as the welfare of the hardships sustained by fire survivors. The word "Stabilization" authored in the title of the Task Force refers to the stabilization of the persons of fire survivors, in the present and in the future for a long period into the future.

3.

July 28, 2008

The Single Room Occupancy (SRO) Hotel Safety and Stabilization Task Force, created by resolution 868-89 of the San Francisco Board of Supervisors, was specifically created and tasked, to enhance the safety & welfare of guests & occupants of Residential Hotels, to ensure their dignity and personal freedom of both guests and occupants of SRO Hotels, to respect the privacy and rights of residents of SRO hotels and their guests and to incorporate and be consistent with the provisions of Police Code Section 919(a).

I now turn to the Visitor Policy created by the SRO Task Force, on/around July 11, 2006. In their motion to the Court to dismiss, the City stated the following:

"Nowhere does the Visitor Policy or require SRO landlords to restrict tenants rights to have

overnight visitors. This statement July 28, 2008 is contrary to fact, the fact being that the ~~Hotels Visitor Policy~~, Section 1. B. (1) of the Visitor Policy (as evidenced, not only restricts the right of tenants of SRO Hotels to 8 overnight visitors per month but to one hour per visitor per month. The rights of tenants of SRO Hotels are further restricted in this way:

~~They~~ Rule 1. A. of the Visitor Policy allows tenants to receive visitors between 9:00 am & 9:00 pm daily, and they may not, therefore, have visitors in their rooms at no other times.

Another rule requires visitors to present a California f. I. D. to enter an SRO hotel. No other type of f. I. D. will be accepted. Therefore all previous without any California f. I. D. are excluded, that is to say they may not enter an SRO hotel and visit a tenant of that hotel.

July 28, 2008

were born within the borders of the United States and are therefore citizens of the United States.

To limit the ones who are citizens of the United States, very preemptive visitors, to come these visiting citizens to [strikethrough] who are themselves citizens, restricts their freedom to visit friends in SRO hotels, clearly violates the language of Section 1 of the 14th Amendment to the Constitution of the United States.

I make this Motion for Summary Judgment because the evidence cited at length above is so one-sided, that no jury could reasonably find in favor of the defendants.

Vence S. Elliott, Counsel Pro se.
The Baldwin House
74 Sixth Street #276
San Francisco, CA 94103-1612
415.621.1235

7.

July 29, 2008

# ADDENDUM

Your Honor, I wish, in this addendum, to sum up the argument I have made in the preceeding 6 pages. But first I must define some of the terminology used in it.

1. The term "City of San Francisco" means "an agency of the government of the State of California."
2. The term "Board of Supervisors" means "agents of the City of San Francisco" as does the term "Task Force"
3. The term SRO hotel does not refer to non-SRO hotels.
4. The term "resident" refers to citizens of the United States.
5. The term "restrict" means the same as "abridge"

## SUMMARY

The conclusion of my argument made in my Motion for Summary Judgment is this: That the San Francisco Board of Supervisors, acting at the Mayor's request violated the law of the land, namely, the Constitution of the United States, by creating a Task Force to write a law called "The Uniform Visitor Policy" which, in its provisions:
   1. restricted the freedom Constitutionally

8

July 29 2008

protected freedom and liberty of citizens of the United States by:

1. unlawfully restricting the hours that they may have visitors in their rooms, a restriction that does not apply to visitors to residents of non-SRO hotels, i.e. to those hotels located outside the boundaries of this city, known to us as the San Francisco ghetto.

2. by unlawful coercion, forcing visitors to show approved IDs and to sign a log on entering and leaving, which provision humiliates some visitors.

Obviously unlawful discrimination was in the minds of the lawmakers I have referred to in my argument. Unlawful conspiracy to abridge the freedom of some citizens, but not all, but not other citizens, must also have taken place.

The case I have made, in an argument in which I have cited only undisputed facts, leads us to the true conclusion, true because the premises are true, that you, your honor, must judge these criminals guilty of violating the law of the land, the Constitution of the United States of America.

Vance S. Eilon, Counsel Prose